In the Matter of SIDNEY OREFICE. MYRON D. LEVY, Respondent; MEADOW BROOK NATIONAL BANK, Appellant

Beldock, P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.